# United States District and Bankruptcy Courts

## For The District of Columbia

Larry Haynes

2513 Lime ST.

Temple Hills MD.20748

VS

Case: 1:16-cv-02086          (H-Deck)
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 10/20/2016
Description: Employ Discrim.

DC Water Is Life

5000 Overlook Ave. SW

Washington DC.20032

**RECEIVED**

SEP 2 9 2016

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia



RECEIVED

SEP 0

Clerk, U.S. District and
Bankruptcy Courts

Tuesday, September 6, 2016

To whom it may concern,

My name is Larry Haynes I have been employed with WASA (Water and Sewer Authority) for 27 years as an electrician. About 2 year ago WASA (Water and Sewer Authority) went under new management called DC Water. It that time I was asked by the new management to get a Master Electrician License. Master Electrician is a four- year course. DC Water wanted me to do it in 6 months. I had aware DC Water that I had a learning disability and that I needed more time than 6 months.  Had they reviewed my file beforehand they would have seen documentation of my disorder. Un fortunately they denied my request and terminated me from a job that I have been an employed with for a long period of time. I then went to Equal Opportunity to see if I had a case against DC water and at that time they granted me a hearing in 90 days from that date. The hearing never took place so I went back down Equal Opportunities and they then suggest to me that I go to Federal Courts to approve my case.

So I am writing this letter on the behalf that my case be heard by a Federal Court Judge and that I be approved by the courts to move forward in a case against DC Water. Thank You so much for your time and cooperation in this case.

Larry Haynes